ROBERT E. WILLIAMS, PLAINTIFF-APPELLANT, v. STATE
FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,
DEFENDANT-RESPONDENT.

Argued November 3, 1969—Decided November 17, 1969.

*Mr. Charles L. Morgan* argued the cause for appellant.

*Mr. Ralph W. Campbell* argued the cause for respondent
(*Messrs. Campbell, Mangini, Foley, Lee & Murphy,* at-
torneys; *Mr. Michael J. Cernigliaro* on the brief).

PER CURIAM. The judgment is affirmed for the reasons
expressed in the opinion *per curiam* in the Appellate Di-
vision, 104 *N. J. Super.* 403. No Costs.

*For affirmance*—Chief Justice WEINTRAUB and Justices
JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANE-
MAN—7.

*For reversal*—None.